910

No. 75–6437. BARTOS *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–6540. MUDGETT *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 75–6549. WHITESIDE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 75–6558. MILLER *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 75–6562. WESSNER *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 75–6563. SHANNON *v.* EDWARDS ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–6577. CORTO *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 75–6580. NABERS *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 75–6582. NEGRON *v.* MOTLEY, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied.

No. 75–6584. ALLEN *v.* LYON ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6589. LEE, AKA BROWN *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 75–6591. BURTON *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.